■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FARHAN AHMED, Appellant. [851 NYS2d 55]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed June 27, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Fisher, Santucci and Carni, JJ., concur.